AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California, SAN FRANCISCO DIVISION

|  |  |  |
|---|---|---|
| GLASS EGG DIGITAL MEDIA, a British Virgin Islands Corporation | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | Civil Action No.   3:17-cv-04165  EDL |
| v. | ) | |
| GAMELOFT, INC., a Delaware Corporation; GAMELOFT SE, a France Corporation, GAMELOFT IBÉRICA S.A.U., a Spain Corporation, and DOES 1-20 | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

GAMELOFT, INC.
220 Sansome Street
8th Floor
San Francisco, California 94104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Q. Huy Do
KYZEN LAW PC
18 Bartol Street
San Francisco, CA 94133

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

07/25/2017

Date: ~~21st of July 2017~~

*Susan Y. Soong*

*Signature of Clerk or Deputy Clerk*