LAW OFFICES OF STEPHEN S. SMITH, P.C.
STEPHEN S. SMITH (166539)
ssmith@stephensmithlaw.com
30700 Russell Ranch Rd.
Suite 250
Westlake Village, CA 91362
Telephone:  310.955.5824
Fax:  310.955.5824

Attorneys for Defendant
GAMELOFT, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GLASS EGG DIGITAL MEDIA, a British Virgin Islands Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GAMELOFT, INC., a Delaware Corporation; GAMELOFT SE, a France Corporation; GAMELOFT IBERICA S.A.U., a Spain Corporation, and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 3:17-cv-4165-MMC<br><br>**[PROPOSED] ORDER ON GAMELOFT, INC.'S MOTION TO ENLARGE TIME PURSUANT TO LOCAL RULE 6-1 AND 6-3** |

LAW OFFICES OF STEPHEN S. SMITH, P.C.
30700 Russell Ranch Rd., Suite 250
Westlake Village, California 91362

LAW OFFICES OF STEPHEN S. SMITH, P.C.
30700 Russell Ranch Rd., Suite 250
Westlake Village, California 91362

1  The Court, having considered Gameloft, Inc.'s motion to enlarge time

2  pursuant to Local Rule 6-1 and 6-3 and F.R.C.P 6(a) and 6(b), the papers filed in

3  opposition to the motion,[1] the evidence submitted in connection with the motion and

4  opposition, and good cause appearing therfor:

5      IT IS HEREBY ORDERED that the motion is granted, in part. Gameloft, Inc.'s

6  time to respond to the amended complaint shall be November ~~30~~ 8, 2017 and the

7  Case Management Conference in this matter (and the deadlines that run from that

8  Case Management Conference) shall be continued until December  1 , 2017.

9
DATED:  October 24        , 2017      Hon. Maxine M. Chesney

10

11

12   1  To the extent plaintiff includes in its opposition a cross-motion for sanctions and to
13  compel disclosure, such motion is denied without prejudice to plaintiff's so moving in
      a separate filing in compliance with the Civil Local Rules of this District.
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER RE: MOTION TO ENLARGE TIME