IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLASS EGG DIGITAL MEDIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GAMELOFT, INC., et al.,<br><br>　　　　Defendants. | Case No. 17-cv-04165-MMC<br><br>**ORDER GRANTING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; DIRECTIONS TO PARTIES**<br><br>Re: Dkt. No. 49 |

Before the Court is defendants' request, filed November 28, 2017, to continue the Case Management Conference presently scheduled for December 1, 2017. Plaintiff has filed opposition thereto.

The Court having read and considered the parties' respective submissions, the request will be granted. In particular, the Court finds it appropriate to continue the Case Management Conference, in light of (1) the recent service on three of the four defendants, (2) the earlier-served defendant's pending motion to dismiss, which motion is scheduled for hearing on December 15, 2017, and (3) the parties' stipulation to extend to January 5, 2018, the deadline for the newly served defendants' responses to the First Amended Complaint, which responses, according to defendants' request, likely will be in the form of motions to dismiss.

Accordingly, the request is hereby GRANTED, and the Case Management Conference is hereby CONTINUED to March 9, 2018, at 10:30 a.m. A Joint Case

Management Statement shall be filed no later than March 2, 2018.[1]

**IT IS SO ORDERED.**

Dated: November 29, 2017

MAXINE M. CHESNEY
United States District Judge

---

[1] The Court notes that the parties failed to file an updated Case Management Statement in connection with the December 1 Case Management Conference, or, in the alternative, a timely request for a continuance.