IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLASS EGG DIGITAL MEDIA,<br><br>    Plaintiff,<br><br>    v.<br><br>GAMELOFT, INC., et al.,<br><br>    Defendants. | Case No. 17-cv-04165-MMC<br><br>**ORDER RE: NOTICE OF JOINDER**<br><br>Re: Dkt. Nos. 87, 88, 89, 90 |

Before the Court are: (1) defendant Gameloft, Inc.'s "Notice of Joinder," filed January 30, 2018; (2) plaintiff Glass Egg Digital Media's ("Glass Egg") opposition thereto, filed January 31, 2018; and (3) objections to Glass Egg's opposition, filed February 2, 2018, by, respectively, (a) defendant Gameloft, Inc., and (b) defendants Gameloft SE, Gameloft Iberica S.A.U., and Viviendi SA.

For the reasons stated on the record at the hearing:

1. Gameloft, Inc.'s joinder is hereby DENIED.

2. To the extent Glass Egg's opposition requests leave to present a tutorial, such request is hereby DENIED.

3. To the extent defendants' respective objections request an order striking the opposition, such requests are hereby DENIED.

**IT IS SO ORDERED.**

Dated: February 12, 2018

MAXINE M. CHESNEY
United States District Judge