IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLASS EGG DIGITAL MEDIA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>GAMELOFT, INC., et al.,<br><br>　　　Defendants. | Case No. 17-cv-04165-MMC<br><br>**ORDER RE: STIPULATION REQUESTING CLARIFICATION OF REACH OF JURISDICTIONAL DISCOVERY ORDERS**<br><br>Re: Dkt. No. 199 |

　　　Before the Court is the Stipulation, filed August 1, 2019, "Requesting Clarification of Reach of Jurisdictional Discovery Orders," by which stipulation plaintiff Glass Egg Digital Media ("Glass Egg") and defendant Gameloft SE ("GLSE") seek further clarification as to the Court's order of February 12, 2018 ("February 12 Order"), as clarified by the Court's order of July 18, 2019 ("July 18 Order"). In particular, the parties seek clarification as to whether the February 12 Order, whereby Glass Egg was afforded limited discovery on the issue of personal jurisdiction over GLSE, is intended to apply to jurisdictional discovery requests directed to third parties, or only to jurisdictional discovery requests directed to parties to the instant action.

　　　Although, at the time the February 12 Order was issued, the Court anticipated the discovery afforded by said order would focus primarily on requests directed to GLSE, it was not the Court's intent to exclude from the discovery afforded, or exempt from the limitations placed thereon, jurisdictional discovery requests directed to third parties.

In sum, the February 12 Order, as clarified by the July 18 Order, applies to third-party discovery, including the subpoenas that prompted the instant request for clarification.

**IT IS SO ORDERED.**

Dated: August 9, 2019

_____
MAXINE M. CHESNEY
United States District Judge