KYZEN LAW PC
Q. Huy Do (State Bar No. 184462)
1390 Market Street, Suite 200
San Francisco, California 94102
Tel.:    415.991.1881
Fax:    415.406.1881
Email: huy@kyzenlaw.com

Attorneys for Plaintiff GLASS EGG
DIGITAL MEDIA LIMITED,
a British Virgin Islands Corporation

DLA PIPER LLP
Eliot R. Hudson (State Bar No. 66251)
Gina Durham (State Bar No. 295910)
Mandy Chan (State Bar No. 305602)
555 Mission Street, Suite 2400
San Francisco, California 94105
Tel:    415.836.2500
Fax:    415.836.2501
Email: eliot.hudson@dlapiper.com
           gina.durham@dlapiper.com
           mandy.chan@dlapiper.com

Attorneys for Defendant Gameloft SE,
a France Corporation

NIXON PEABODY LLP
Robert A. Weikert (SBN 121146)
Andrew H. Winetroub (SBN 291847)
One Embarcadero Center, 32nd Floor
San Francisco, CA 94111
Tel.: 415.984.8200
Fax: 415.984.8300
Email: rweikert@nixonpeabody.com
           awinetroub@nixonpeabody.com

NIXON PEABODY LLP
Troy Lieberman (*pro hac vice*)
Exchange Place
53 State Street
Boston, MA 02109
Tel.: 617.345.1000
Fax: 617.345.1300
Email: tlieberman@nixonpeabody.com

Attorneys for Defendant Gameloft, Inc.

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| GLASS EGG DIGITAL MEDIA LIMITED, a British Virgin Islands Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GAMELOFT, INC., a Delaware Corporation; GAMELOFT SE, a France Corporation, and DOES 1-20<br><br>Defendants. | **Case Number: 3:17-cv-04165 MMC [RMI]**<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

       This Stipulation is entered into by and among Plaintiff Glass Egg Digital Media Limited

("Glass Egg") and Defendants Gameloft, Inc. and Gameloft SE, by and through their respective

counsel (collectively, the "Parties").

/ / /

1    WHEREAS, Glass Egg filed a Fourth Amended Complaint ("FAC") on August 17, 2018

2  (Dkt 144) and Gameloft, Inc. filed an Answer responding to the same on September 17, 2018 (Dkt

3  149);

4    WHEREAS, Glass Egg and Gameloft, Inc. are currently engaged in discovery and

5  investigation regarding their respective claims and defenses, and have negotiated and obtained entry

6  of a Stipulated Protective Order in connection with such discovery (Dkt 154);

7    WHEREAS, on July 9, 2019, the Court granted Gameloft SE's and Glass Egg's Sixth

8  Stipulation to Enlarge the Jurisdictional Discovery Cut-off Deadline and Briefing Schedule (Dkt

9  186) (the "July 5 Stipulation"), which Order extended jurisdictional discovery to October 7, 2019,

10  with supplemental briefing to be filed by Plaintiff by October 21, 2019, and by Gameloft SE by

11  November 4, 2019 (Dkt 190);

12    WHEREAS, the parties incorporate herein all facts and representations regarding the

13  progress of the action and the bases for a continuance set forth in the July 5 Stipulation;

14    WHEREAS, a Case Management Conference is currently scheduled for October 4, 2019 at

15  10:30 a.m.;

16    WHEREAS, given the procedural posture of the case, the parties agree that a sixty (60)-day

17  continuance of the Case Management Conference, and all currently pending related deadlines, will

18  permit more efficient management of the case, will serve the interests of judicial economy, and will

19  conserve party and Court resources;

20    WHEREAS, the brief further continuance requested herein will not otherwise have any

21  impact on the schedule for this Action;

22    NOW, THEREFORE, pursuant to Civil Local Rule 6-2(a), the Parties hereby stipulate and

23  agree, through their respective counsel, as follows:

24    1.    The October 4, 2019 Case Management Conference shall be continued for sixty (60)

25  days to December 3, 2019 at 10:30 a.m., or another date shortly thereafter that is convenient for the

26  Court.

27  / / /

28  / / /

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
4834-8989-4824

1      2.     A Joint Case Management Statement shall be due on November 29, 2019.

2  **IT IS SO STIPULATED.**

3  Dated:  September 27, 2019                    Respectfully submitted,

4                                               **NIXON PEABODY LLP**

5                                               By:   _/s/ Robert A. Weikert_
6                                               Robert A. Weikert
                                                Andrew H. Winetroub
7                                               Troy K. Lieberman

8                                               *Attorneys for Defendant* Gameloft, Inc.

9  Dated:  September 27, 2019                    **KYZEN LAW P.C.**

10                                              By:   _/s/ Q. Huy Do_
                                                Q. Huy Do
11
                                                *Attorneys for Plaintiff* Glass Egg Digital Media
12                                              Limited

13
    Dated:  September 27, 2019                   **DLA PIPER LLP (US)**
14
                                                By:   _/s/ Eliot R. Hudson_
15                                              Eliot R. Hudson
                                                Gina Durham
16                                              Mandy Chan

17                                              *Attorneys for Defendant* Gameloft SE

18

19                                        **ORDER**

20  PURSUANT TO STIPULATION, IT IS SO ORDERED.

21

22  DATED: _____          _____
                                    THE HONORABLE MAXINE M. CHESNEY
23                                  UNITED STATES DISTRICT COURT JUDGE

24

25

26

27

28

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
4834-8989-4824

1

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

2

3        I, Robert A. Weikert attest that concurrence in the filing of this Stipulation to Continue Case

Management Conference (L.R. 6-2) has been obtained from the other signatories.  I declare under
4
penalty of perjury under the laws of the United States of America that the foregoing is true and
5
correct.
6
        Executed this 27th day of September 2019 at San Francisco, California.
7

8                                           Respectfully submitted,

9   Dated:  September 27, 2019              **NIXON PEABODY LLP**

10                                          By:   _/s/ Robert A. Weikert_
                                            Robert A. Weikert
11                                          Andrew H. Winetroub
                                            Troy K. Lieberman
12
                                            *Attorneys for Defendant Gameloft, Inc.*
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
4834-8989-4824