United States District Court
Northern District of California

1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6               FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    GLASS EGG DIGITAL MEDIA,                Case No.  17-cv-04165-MMC

         Plaintiff,
9
                                            **ORDER REGARDING NOTICE OF**
10       v.                                 **JOINDER**

11   GAMELOFT, INC., et al.,

12       Defendants.

13

14       Before the Court is defendant Gameloft, Inc.'s ("GLI") "Notice of Joinder," filed

15   January 26, 2022 (see Doc. No. 287), whereby GLI purports to join defendant Gameloft

16   SE's "Motion Pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6) to Dismiss [the] Fourth

17   Amended Complaint" (see Doc. No. 285).  Plaintiff has filed opposition thereto.

18       A motion to dismiss pursuant to Rule 12(b) "must be made before pleading if a

19   responsive pleading is required."  See Fed. R. Civ. P. 12(b).  "In other words, a motion to

20   dismiss . . . must be filed before an answer."  Roberts v. County of Riverside, Case No.

21   EDCV 19-1877 JGB (SHKx), 2020 WL 5934303, at *2 n.4 (C.D. Cal. Feb. 11, 2014)

22   (internal quotation and citation omitted).

23       In the instant case, GLI filed an answer to the Fourth Amended Complaint on

24   September 17, 2018 (see Doc. No. 149), a date prior to the filing of its Notice of Joinder,

25   and, consequently, GLI's "purported joinder is untimely," see Anudokem v. Am. Home

26   Mortg. Servicing, Inc., Case No. C09-01660 HRL, 2010 WL 532440, at *1 n.1 (N.D. Cal.

27   Feb. 9, 2010).

28   //

1    Accordingly, GLI's joinder is hereby DENIED.

2

3    **IT IS SO ORDERED.**

4

5    Dated: February 2, 2022

6    MAXINE M. CHESNEY
     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2