| | |
|---|---|
| DLA PIPER LLP (US) <br> GINA DURHAM, Bar No. 295910 <br> gina.durham@dlapiper.com <br> MANDY CHAN, Bar No. 305602 <br> mandy.chan@dlapiper.com <br> AIDAN MCCORMACK (admitted *pro hac vice*) <br> aidan.mccormack@dlapiper.com <br> 555 Mission Street, Suite 2400 <br> San Francisco, California 94105-2933 <br> Telephone: 415.836.2500 <br> Facsimile: 415.836.2501 <br><br> Attorneys for Defendant <br> GAMELOFT SE <br><br> NIXON PEABODY LLP <br> ROBERT A. WEIKERT (SBN 121146) <br> rweikert@nixonpeabody.com <br> ANDREW H. WINETROUB (SBN 291847) <br> awinetroub@nixonpeabody.com <br> One Embarcadero Center, 32nd Floor <br> San Francisco, CA 94111 <br> Telephone: 415.984.8200 <br> Facsimile: 415.984.8300 <br><br> Attorneys for Defendant <br> GAMELOFT, INC. | KYZEN LAW PC <br> Q. HUY DO, Bar No. 184462 <br> huy@kyzenlaw.com <br> 6203 San Ignacio Avenue, Suite 110 <br> San Jose, California 95119 <br> Telephone: 415.991.1881 <br> Facsimile: 415.406.1881 <br><br> COBLENTZ PATCH DUFFY & BASS LLP <br> STAN ROMAN, SBN 87652 <br> ef-sgr@cpdb.com <br> CHRISTOPHER WEINER, SBN 280476 <br> ef-cjw@cpdb.com <br> One Montgomery Street, Suite 3000 <br> San Francisco, CA 94104 <br> Telephone: 415.391.4800 <br> Facsimile: 415.989.1663 <br><br> Attorneys for Plaintiff <br> GLASS EGG DIGITAL MEDIA LTD |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GLASS EGG DIGITAL MEDIA LTD., <br><br> Plaintiff, <br><br> v. <br><br> GAMELOFT, INC., GAMELOFT SE and does 1 through 20, <br><br> Defendants. | CASE NO. 3:17-cv-04165 MMC [RMI] <br><br> ORDER APPROVING **STIPULATION [AND PROPOSED ORDER]** **OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiff GLASS EGG DIGITAL MEDIA LIMITED, Defendant GAMELOFT SE, and Defendant GAMELOFT, INC., by and through their undersigned attorneys, hereby jointly stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this action and each and every count and claim asserted therein shall be dismissed with prejudice, with each party to bear its own attorney's fees, costs, and expenses.

**IT IS SO STIPULATED.**

DATED: May 13, 2022           NIXON PEABODY LLP

By  */s/ Robert A. Weikert*
    ROBERT A. WEIKERT
    ANDREW H. WINETROUB

    Attorneys for Defendant
    GAMELOFT, INC.

DATED: May 13, 2022           DLA PIPER LLP (US)

By  */s/ Gina L. Durham*
    GINA L. DURHAM
    MANDY CHAN
    AIDAN MCCORMACK

    Attorneys for Defendant
    GAMELOFT SE

DATED: May 13, 2022           KYZEN LAW PC

By  */s/ Q. Huy Do*
    Q. HUY DO

COBLENTZ PATCH DUFFY & BASS LLP

By  */s/ Stanley G. Roman*
    STANLEY G. ROMAN
    CHRISTOPHER J. WEINER

    Attorneys for Plaintiff
    GLASS EGG DIGITAL MEDIA LTD

Attestation: Pursuant to L.R. 5-1(h)(3), I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

/s/ Gina L. Durham
Gina L. Durham

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May 13, 2022

THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE